**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **SYREETA FLOYD,** | : | **CIVIL ACTION** |
| ***Plaintiff,*** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **CITY OF PHILADELPHIA** | : | **No. 26-cv-3359** |
| **(Dept. of Prisons),** | : | |
| ***Defendant.*** | : | |

**ORDER**

**AND NOW**, this **30th** day of **September 2026**, upon consideration of Defendant City of Philadelphia's Motion to Dismiss Plaintiff's Complaint (the "Defendant's Motion") (ECF No. 9), Plaintiff's Opposition to Defendant's Motion to Dismiss (ECF No. 10), Defendant City of Philadelphia's Reply Brief in Support of its Motion to Dismiss (ECF No. 11), and the docket, it is hereby **ORDERED** as follows:

1. Defendant's Motion (ECF No. 9) is **GRANTED**, and Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE** for the reasons stated in the accompanying memorandum opinion.
2. Plaintiff is **GRANTED** leave to amend her Complaint. Plaintiff may file an amended complaint within **twenty-one (21) days** of the date of this Order. After twenty-one days, if Plaintiff does not file an amended complaint, the Court will issue a final order dismissing the case.

**BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, JUDGE**